STATE OF NEW JERSEY v. JESSE LEE CRAWFORD.

April 1, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES JOHNSON.

April 1, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. SAM TORTORELLO.

April 1, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES HOLLAND.

April 1, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. LENNON HINSON.

April 1, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY VOLPE.

April 1, 1976. Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY VOLPE.

April 1, 1976. Cross-petition for certification denied.